TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00423-CR







Roberto Gonzales, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. 9024070, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Ariel Payan, is ordered to tender a brief in this cause no later than February 3, 2003. 
No further extension of time will be granted.

It is ordered December 31, 2002. 


Before Justices Kidd, B. A. Smith and Yeakel

Do Not Publish